IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE OTANI, et al.,

      Plaintiffs,            No. 2: 12-cv-2521 LKK JFM

      vs.

WELLS FARGO, et al.,

      Defendants.      <u>ORDER</u>

_____/

      This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On November 7, 2012, defendant Federal National Mortgage Association filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The hearing on the motion is scheduled to be heard on December 20, 2012. No opposition to the motion to dismiss has been filed.

      Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

1

grounds for imposition of any and all sanctions authorized by statute or Rule within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of December 20, 2012 on defendant's motion to dismiss is VACATED. Hearing on the motion to dismiss is continued to January 31, 2013 at 11:00 a.m. in courtroom # 26.

2. Plaintiffs shall file an opposition, if any they have, or statement of non-opposition to the motion to dismiss, no later than January 17, 2013. Failure to comply with this order will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: December 12, 2012.

_UNITED STATES MAGISTRATE JUDGE_

14
otan2521.nooppmtd